Helio Fabbri Jr.
Maurício Ariboni
Lélio Denicoli Schmidt
Marta Elena P. R.Manfredini
Eliana Jodas Cioruci
Fábio Ferrão
Sabina Nehmi de Oliveira

Bruno Ariboni Brandi
Clarice dos Santos Minatogawa
Hugo Fabbri
Tabatha Etienne Lúcius Lacerda
Sandra Cristina M.Pizzolante
Victoria Caluby Guimarães de Sá
Suzy Yume Barbosa Nakayama
Eliete ReginaCorali

Andrea de Calais
[illegible]
Bruno Alessandro Beconcini
Cintia Haschich
Gennaro Chiarelli Napolitano
Fabio Miranda Maia
Érica Sayuri Yamane
Renata Soraia Luiz
Carolina Bandiera Caetano
Rafael Gonsalez Martins

Fittor Tarísio [illegible]
[illegible] Ribeiro Toledo
Ana Helena Lavigne de Souza
Eduardo Fernandes de Souza
Larissa R. da Costa de Andrade
Fernanda Silva Grisolio
Ludmila Furuno Rimkus
Rebeca Martins Horta
Rafael Okuma
Ana Carolina Emiliano Zaiat

Consultores Técnicos
Eduardo Ariboni
Arthur F. M. Oliveira

Pietro Ariboni
of counsel

São Paulo, 18 de agosto de 2015.

**JEFFERSON PAULO KOPPE**
Rua Dona Alice Tibiriçá, 411- Apto. 302
Curitiba- Paraná
Brasil

**Ref.: Ação Judicial ajuizada nos Estados Unidos**



CERTIDÃO
CERTIFICO que procedi à entrega da presente Notificação Extrajudicial a seu destinatário JEFFERSON PAULO KOPPE, no endereço constante do documento, tendo em vista que a mesma exarou o ciente. O referido é verdade e dou fé.**.**.
CURITIBA, 21 de agosto de 2015.
1º SRTD CURITIBA/PR

Prezado Senhor,

**9089756 CANADA, INC.,** com sede no endereço 8515 Devonshire Place, Suite 205, Mount Royal, Quebec- H4P 2K1- Canadá, também estabelecida num depósito no Estado de Nova York, por seus advogados brasileiros, vem formalmente encaminhar a V.Sa. a presente

**NOTIFICAÇÃO EXTRAJUDICIAL**

para dar notícia da propositura da ação judicial nº 15- cv – 6098, ajuizada perante a Corte Distrital dos Estados Unidos da América, do Sul da cidade de Nova Iorque, NY, EUA, para fins de ciência e fixação de responsabilidades ao RÉU, pelos motivos de fato e de direito a seguir articulados:

1.      A empresa **9089756 CANADA, INC.** (doravante "CANADA") ajuizou uma ação civil nos Estados Unidos contra o notificado **JEFFERSON PAULO KOPPE** (doravante "KOPPE") por violação de direitos autorais e outra reivindicação relatada na Petição Inicial. A ação judicial versa sobre um sistema de transformação de controle de vídeo game, que permite que os jogadores possam usar um único controle de jogo em diferentes plataformas de vídeo game, como por exemplo, Sony PlayStation, Microsoft X- Box e PCs.

2.      O referido sistema de transformação de controle de vídeo game (o dispositivo) foi originalmente desenvolvido pelo Sr. KOPPE, que fundou, em conjunto com a empresa RaptorStrike, Inc., a companhia americana TECHART LLC ("Techart"), para atuar no desenvolvimento, fabricação e distribuição de tal dispositivo. À luz do Acordo Operacional Techart, o Sr. KOPPE transferiu para a Techart todos os direitos de Propriedade Intelectual sobre o referido dispositivo em troca de seu ingresso como membro da empresa. Ficou acordado que todos os direitos existentes com relação ao dispositivo ficaram pertencendo à Techart. Contudo, ao deixar os Estados Unidos e retornar ao Brasil o Sr. KOPPE levou consigo o software, firmware

e todos os códigos associados ao computador (o Dispositivo, objetivo de proteção de Propriedade Intelectual) que pertencia exclusivamente a Techart.

3. Em 10 de maio de 2013 ou por volta desta data, o Sr. KOPPE renunciou ao cargo da Techart, mas permaneceu como membro da empresa até pelo menos Janeiro de 2014. Em conformidade com o Acordo Operacional Techart, todos os direitos de propriedade intelectual relacionados ao dispositivo desenvolvido por KOPPE, enquanto ainda era membro da Techart, pertencia à mesma.

4. A Techart transferiu para a CANADA todos os direitos de propriedade intelectual sobre o software referente ao sistema de controle (incluindo seus registros e pedidos de registro e excluindo os direitos sobre patente pertencente à Techart). Ambas as empresas têm distribuído e comercializado dito sistema de controle, sob as marcas "Gamepad Proxy", "Cronus", "Cronus Config", and/or CronusMax desde pelo menos 2012.[1]

5. Não obstante os direitos de propriedade intelectual pertençam à CANADA, o notificado KOPPE passou a comercializar, desde o final de 2012, versões do referido dispositivo sem a permissão das empresas titulares do registro. Uma das referidas variações é o "Titan One". O "Titan One" utiliza o software intitulado como "Gtuner Pro", objeto do Registro TX0007996178, sendo similar ao dispositivo de titularidade das referidas empresas. Estes dispositivos usam códigos fontes que agora pertencem à CANADA ou derivam de um código fonte cuja propriedade intelectual pertence à CANADA.

6. O Sr. KOPPE claramente infringiu e continua infringindo os direitos autorais pertencentes à empresa CANADA sobre o referido software, pois distribui programas de computador que são reproduções do dispositivo ou derivativos e que contêm uma parcela substancial de códigos idênticos ou substancialmente similares, bem como pelo fato de obter registro autoral pelo mesmo. Além disso, KOPPE publicou afirmações, em seu website e em outros pertencentes a terceiros, acusando a empresa CANADA e/ou seus agentes de ter feito modificações ilegais de material protegido, reprodução desautorizada de trabalho protegido por direito autoral, driblado medidas de controle de acesso, para cometer atos intencionais de contrafação e pirataria.

7. Assim, em decorrência dos atos praticados por KOPPE, quais sejam, declaração de titularidade, infração de Direitos Autorais e difamação, ao atacar diretamente a imagem e reputação da empresa, a CANADA ajuizou a ação civil n. 15-CV-6098 perante o Tribunal Distrital dos Estados Unidos de Nova Iorque, NY, EUA, objetivando, em suma:

- que seja declarado que a CANADA não infringe quaisquer direitos autorais do Sr. KOPPE;
- que seja declarado que todos os direitos autorais sobre os referidos programas e softwares derivados pertencem à CANADA;

---

[1] Gamepad Proxy e Cronus confg referem-se ao software. Cronos e CronusMax consulte o firmware e / ou dispositivo físico em si.

- que os direitos autorais nº TX0007996178 sejam transferidos para a empresa 9089756 Canada, Inc.;
- que o Sr. KOPPE e toda sua equipe sejam proibidos de direta ou indiretamente, infringir os direitos autorais sobre o software pertencente à empresa CANADA, bem como sejam proibidos de difamá-la ou de depreciar seus produtos;
- que o notificado seja condenado a indenizar os danos cometidos; e
- que o Sr. KOPPE seja intimado a entregar para a empresa CANADA todos os softwares e programas de computador que são ou já foram utilizados pelas empresas Canada, Techart ou por Koppe no sistema de transformação de controle de vídeo game.

8.  Junto com a presente notificação, de modo a promover a citação estão sendo formalmente entregues os documentos pertinentes relacionados à ação ajuizada nos Estados Unidos contra o Sr. KOPPE, notadamente cópia da petição inicial, da citação, normas individuais do Juiz Wood, normas individuais do Juiz Netburn, designação de audiência e regras ECF.

9.  Diante do exposto, é a presente para cientificar V.Sa. da condição de Réu na referida ação ajuizada nos Estados Unidos e para formalmente informá-lo que a defesa deve ser apresentada no prazo de 21 (vinte e um) dias a contar do primeiro dia após o recebimento da presente notificação, sob pena de revelia e presunção de veracidade dos fatos alegados.

Atenciosamente,

Helio Fabbri Jr.
OAB/SP 93.863

Lélio Denícoli Schmidt
OAB/SP 135.623





SERVIÇO
REGISTRO DE TÍTULOS E DOCUMENTOS
REGISTRO CIVIL DE PESSOAS JURÍDICAS
JOSÉ MENDES CAMARGO - Titular

Rua Marechal Deodoro, 869 - 5º andar
sl 504 - Centro - CEP 80.060-010
Curitiba - PR - Tel./Fax: (41) 3016-9007
www.1srtdcamargo.com.br

PROTOCOLADO SOB Nº 884.374
REGISTRADO E MICROFILMADO SOB Nº 1.093.962
Curitiba -PR, 20 de agosto de 2015.

☐ José Mendes Camargo   ☐ Michelle Mendes Camargo
☐ Audrey Mansur Nejm   ☐ Diomar Ajala Balieiro
O Selo foi afixado na 1ª via, conforme Lei nº13.228 do FUNARPEN SELO DIGITAL BB41M.57KQJ.p8ugt, Controle: YiXyw.sIYS
Valide esse selo em htpp://funarpen.com.br

# Certificate of Accuracy

Lélio Denicoli Schmidt, hereby certifies that:

I am familiar with both the English and the Portuguese languages.

I have made the attached translation from the annexed documents in the Portuguese language and hereby certify that the same is a true and complete translation to the best of my knowledge, ability and belief.

São Paulo, August 31, 2015.

Lélio Denicoli Schmidt

**Ariboni, Fabbri & Schmidt**
SOCIEDADE DE ADVOGADOS

Helio Fabbri Jr.
Maurício Ariboni
Lélio Denicoli Schmidt
Marta Elena P. R.Manfredini
Eliana Jodas Cioruci
Fábio Ferrão
Sabina Nehmi de Oliveira

Bruno Ariboni Brandi
Lígia Ferreira Marcondes Rocha
Clarice dos Santos Minatogawa
Hugo Fabbri
Tabatha Etienne Lúcius Lacerda
Sandra Cristina M.Pizzolante
Victoria Caiuby Guimarães de Sá
Suzy Yume Barbosa Nakayama
Eliete ReginaCorali

Andrea de Calais
Juliana Pereira Machado
Bruno Alessandro Beconcini
Cintia Haschich
Gennaro Chiarelli Napolitano
Fabio Miranda Maia
Érica Sayuri Yamane
Renata Soraia Luiz
Carolina Bandiera Caetano
Rafael Gonsalez Martins

Ettore Tarcisio Zamidi
Larissa Ribeiro Toledo
Ana Helena Lavigne de Souza
Eduardo Fernandes de Souza
Larissa R. da Costa de Andrade
Fernanda Silva Grisolio
Ludmila Furuno Rimkus
Rebeca Martins Horta
Rafael Okuma
Ana Carolina Emiliano Zaiat

**Consultores Técnicos**
Eduardo Ariboni
Arthur F. M. Oliveira

Pietro Ariboni
of counsel

August 18th, 2015

**JEFFERSON PAULO KOPPE**
Rua Dona Alice Tibiriçá, 411- Apto. 302-
Curitiba- Paraná
Brasil

**Ref.: Lawsuit notification**

STAMP: I hereby certify that I delivered the present extra-judicial notice to the addressee JEFFERSON PAULO KOPPE, at the address stated at the document, considering that the addressee has acknowledged and signed the receipt. I hereby confirm this is true and give oath. Curitiba, august 21, 2015. 1º SRTD CURITIBA/PR.

[illegible signature]

Dear Sir,

**9089756 CANADA, INC.,** with legal domicile at 8515 Devonshire Place, Suite 205, Mount Royal, Quebec- H49 2K1- Canada, and also established at a warehouse in the state of New York, by its legal attorneys in Brazil, comes to serve this

**FORMAL NOTICE**

regarding the civil action n.15- cv – 6098 filed in the United States District Court, Southern District of New York, located in New York, New York, U.S.A., to summon YOU, the defendant, about the matter, as explained below:

1.      **9089756 CANADA, INC.** (hereinafter simply "CANADA") has filed a lawsuit against **JEFFERSON PAULO KOPPE** (hereinafter simply "KOPPE") in the United States, concerning copyright ownership and infringement and another related claim. The lawsuit is related to a "video game controller transformation system" that allows the players to use a single game controller on different video game platforms, e.g., Sony PlayStation, Microsoft X-Box and PCs.

2.      The "video game controller transformation system" (the "Device") was originally created by Mr. KOPPE, who has founded, together with RaptorStrike, Inc., a company named Techart LLC, to be in "the business of developing, manufacturing and distributing" such device. Under the Techart Operating Agreement, Mr. KOPPE has transferred all the Intellectual Property rights in connection with the Device to Techart, in exchange for his admittance as a member of such company. It was agreed that all rights in connection with the Device were assigned to Techart. However, Mr. KOPPE left the United States and returned to Brazil taking

with him the Device's original software and firmware and all associated computer code (the "Device Intellectual Property"), which belonged solely to Techart.

3.      On or about May 10, 2013, KOPPE resigned as a manager of Techart but remained a member of the company until *at least* January 2014. Pursuant to the Techart Operating Agreement, all Device-related intellectual property developed by KOPPE while he was still a member of Techart belonged to Techart.

4.      Techart has assigned to CANADA all rights, title and interest in the Device (including registered and common law copyrights and trademark rights, but excluding rights to a certain patent application). Both companies have marketed and sold the Device together with the Device Intellectual Property, under the marks "Gamepad Proxy", "Cronus", "Cronus Config", and/or CronusMax since at least 2012.

5.      Despite the intellectual property rights belonging to CANADA, since the end of 2012 Mr. KOPPE has been marketing competing and infringing versions of the Device (the "Derivative Devices"), without the permission or authorization of either Techart or CANADA. One of the Derivative Devices is marketed as "Titan One." The Titan One utilizes software called "Gtuner Pro," which is the subject of U.S. Copyright Registration No. TX0007996178. The Titan One and Gtuner Pro are substantially similar to and/or derived from the Device and Device Intellectual Property now owned by CANADA. These Derivative Devices use source code that now belongs to CANADA, or is derived from the source code owned by CANADA.

6.      Mr. KOPPE has infringed and continues to infringe CANADA´s copyrights by reproducing and distributing computer programs that are either reproductions of the Device Intellectual Property or derivatives thereof, insofar computer programs contain a substantial amount of identical and/or substantially similar computer code, and by filing for and receiving a U.S. Copyright Registration for same.. Besides this, KOPPE has published statements on his own and third-party-owned websites that accuse CANADA and/or its agents of, inter alia, "unlawful modification and distribution of copyrighted material", "unauthorized reproduction of copyrighted work", "circumventing access-control measures," "willful counterfeiting," and "willful piracy".

7.      As a result of all of KOPPE's declarations of ownership, willful misrepresentations of infringement, willful copyright infringement, and defamation, CANADA has filed the civil lawsuit n.15- cv – 6098 in the United States District Court in New York, New York, U.S.A. requesting that the Court:

- declares that CANADA has not and is not infringing Mr. KOPPE's copyrights;
- declares that CANADA in the true owner of both the original software and software derived therefrom;
- orders the U.S. Copyright Office to transfer the ownership and title in the Copyright Registration No.TX0007996178 to 9089756 Canada, Inc.;
- enjoins Mr. Koppe and all his agents from directly or indirectly infringing CANADA copyrights, as well as enjoins them from defaming CANADA or disparaging CANADA's products;

2



- awards damages to be paid by Mr. KOPPE; and
- orders Mr. KOPPE to deliver back to CANADA all software or other computer programs that are or have ever been used by CANADA, Techart or Koppe in any such "video game controller transformation system".

8.  Together with this warning notice, in order to serve the summons, you are being formally delivered the pertinent documents related to the lawsuit filed in the United States against Mr. KOPPE, namely, Complaint; Summons; Judge Wood's individual rules; Judge Netburn's individual rules; Scheduling Order and ECF Rules.

9.  This formal notice has the purpose to inform that you are a defendant in the lawsuit filed in the United States and to give notice that the defense should be filed within 21 (twenty and one) days after the service of this summons (not counting the day of receipt), otherwise you will be in default and all facts raised in the complaint will be deemed true by the court.

Respectfully,

Helio Fabbri Jr.  
Attorney-at-Law

Lélio Denicoli Schmidt  
Attorney-at-Law

STAMP: Filed under number 884.374.Registred and microfilmed under number 1.093.962. Curitiba- PR, August 20, 2015. [illegible signature]

3