To    Page 5 of 7

Case 1:15-cv-06098-KMW   Document 13   Filed 09/23/15   Page 1 of 2
Case 1:15-cv-06098-KMW   Document 11   Filed 09/22/15   Page 1 of 3

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/15
```

Frank A. Mazzeo
Ryder, Lu, Mazzeo & Konieczny LLC
808 Bethlehem Pike, Suite 200
Colmar, PA 18915
(215) 997-0248 (t)
(215) 997-0266 (f)
fmazzeo@ryderlu.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
9089756 CANADA, INC.

    Plaintiff,

    - against -

JEFFERSON PAULO KOPPE,

    Defendant.
-----------------------------------------------------------X

Civil Action No. 15-cv-6098

### JOINT STIPULATION EXTENDING TIME ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The parties stipulate and agree to the following:

A. Defendant Jefferson Paulo Koppe's Answer or other response to the Complaint was due by September 11, 2015.

B. On September 21, 2015, Defendant Jefferson Paulo Koppe retained Ryder, Lu, Mazzeo & Konieczny LLC to represent him in this matter.

C. The parties agree to an extension of an additional twenty-four (24) days, thereby making Defendant's Answer or other response to the Complaint due by October 5, 2015.

C. There have been no other extensions of time in this case.

To  Page 6 of 7                    2015-09-22 21 33 48 (GMT)    12159970266 From Ryder, Lu, Mazzeo & Konieczny,...

Case 1:15-cv-06098-KMW   Document 13   Filed 09/23/15   Page 2 of 2
Case 1:15-cv-06098-KMW   Document 11   Filed 09/22/15   Page 2 of 3

Date: September 22, 2015

| | |
|---|---|
| Miskin & Tsui-Yip LLP | Ryder, Lu, Mazzeo & Konieczny LLC |
| By: _____ | By: _____ |
| Gloria Tsui-Yip | Frank A. Mazzeo |
| 1350 Broadway, Suite 802 | 808 Bethlehem Pike, Suite 200 |
| New York, NY 10018 | Colmar, PA 18915 |
| (212) 268-0900 (t) | (215) 997-0248 (t) |
| (212) 268-0904 (f) | (215) 997-0266 (f) |
| gloria@mt-iplaw.com | fmazzeo@ryderlu.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Approved and So Ordered this __23__ day of __September__, 2015.

_____
Kimba M. Wood, J.