Frank A. Mazzeo
Ryder, Lu, Mazzeo & Konieczny LLC
808 Bethlehem Pike, Suite 200
Colmar, PA 18915
(215) 997-0248 (t)
(215) 997-0266 (f)
fmazzeo@ryderlu.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

9089756 CANADA, INC.

Plaintiff,

- against -

JEFFERSON PAULO KOPPE,

Defendant.

-----------------------------------------------------------X

Civil Action No. 15-cv-6098

## SECOND JOINT STIPULATION EXTENDING TIME ANSWER COMPLAINT

The parties stipulate and agree to the following:

A. Defendant Jefferson Paulo Koppe's Answer or other response to the Complaint is due by October 5, 2015.

B. The parties agree to an extension of an additional twenty-one (21) days, thereby making Defendant's Answer to the Complaint due by October 26, 2015.

C. The extension is to give Defendant additional time to prepare and file an Answer to the Complaint, provide affirmative defenses, and counterclaims. Defendant will not file any motions to dismiss the Complaint.

D. There has been one other extension of time in this case.

Date: October 2, 2015

| | |
|---|---|
| Miskin & Tsui-Yip LLP | Ryder, Lu, Mazzeo & Konieczny LLC |
| By: /s/ Gloria Tsui-Yip<br>Gloria Tsui-Yip<br>1350 Broadway, Suite 802<br>New York, NY 10018<br>(212) 268-0900 (t)<br>(212) 268-0904 (f)<br>gloria@mt-iplaw.com<br>*Attorneys for Plaintiff* | By: /s/ Frank A. Mazzeo<br>Frank A. Mazzeo<br>808 Bethlehem Pike, Suite 200<br>Colmar, PA 18915<br>(215) 997-0248 (t)<br>(215) 997-0266 (f)<br>fmazzeo@ryderlu.com<br>*Attorneys for Defendant* |

Approved and So Ordered this _____ day of _____, 2015.

_____
_____, J.

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing Joint Stipulation Extending Time to Answer or Otherwise Respond to Complaint was served this date via electronic filing and email upon the following:

>Gloria Tsui-Yip
>Miskin & Tsui-Yip LLP
>1350 Broadway
>Suite 802
>New York, NY 10018
>(212) 268-0900 (t)
>(212) 268-0904 (f)
>gloria@mt-iplaw.com
>*Attorneys for Plaintiff*

Date: <u>October 2, 2015</u>

By: _____
Denis Yanishevskiy