# MISKIN & TSUI-YIP LLP
Intellectual Property Attorneys

Howard C. Miskin
Gloria Tsui-Yip
----------
Wendi Opper Uzar*
Alice Denenberg*

Of Counsel
David M. McConoughey

* Also admitted in NJ

1350 Broadway
Suite 802
New York, New York 10018
Tel 212.268.0900
Fax 212.268.0904

www.mt-iplaw.com

October 29, 2015

VIA ECF
Honorable Kimba M. Wood
U.S. District Judge
U.S. District Court
Southern District of New York
U.S. District Courthouse
500 Pearl Street
New York, NY  10007

RE:   9089756 Canada, Inc. v. Jefferson Paulo Koppe
      Civil Action No. 1:15-cv-06098-KMW

Dear Judge Wood,

We are counsel for Plaintiff in the above-referenced action and write in connection with the Letter Motion filed by Defendant yesterday (Docket No. 17).

The Scheduling Conference was initially scheduled for September 30, 2015, which was adjourned until November 3, 2015.  In response to Defendant's reasons for the second adjournment request, Plaintiff has not consented because: (i) no additional party has in fact been added; (2) it is not certain that an additional party will be added; and (3) when such additional party would be added.

Respectfully Submitted,
/Gloria Tsui-Yip/
Gloria Tsui-Yip
cc:  Frank A. Mazzeo (via ECF)