UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

9089756 CANADA, INC.,

                                        **Plaintiff,**

                     -against-

JEFFERSON PAULO KOPPE,

                                        **Defendant.**

-----------------------------------------------------------------X

15-CV-06098 (KMW)(SN)

**INITIAL PRETRIAL
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On November 3, 2015, the Honorable Kimba M. Wood referred this case to my docket for general pretrial supervision. Accordingly, an Initial Pretrial Conference pursuant to Rule 16 is scheduled for Monday, November 09, 2015, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**Rule 16(a) Conference.** The Court intends to engage in a meaningful discussion in order to schedule an appropriate case management plan. At the conference, the parties will be required to discuss the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure. In particular, the parties should be prepared to address (i) the scope of discovery as defined by Rule 26(b)(1); (ii) whether the parties anticipate the need for a protocol concerning electronically stored information (ESI); (iii) whether a protective order is necessary or appropriate; and (iv) whether issues related to the attorney-client privilege are likely to be material.

**Rule 26(f) Conference.** In advance of the Rule 16 conference, counsel for the parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil

Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

**Proposed Scheduling Order**. Parties are directed to complete the Civil Case Management Plan and Scheduling Order, available at http://nysd.uscourts.gov/judge/Netburn, and e-mail it to Netburn_NYSDChambers@nysd.uscourts.gov one week before the scheduled conference. Counsel who disagree about the dates or other terms of the proposed schedule, shall submit a joint letter briefly explaining the dispute.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         November 4, 2015