USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 11/13/2015 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**9089756 CANADA, INC.,**

                                        **Plaintiff,**                                  **15-CV-06098 (KMW)(SN)**

               **-against-**                                              **CIVIL CASE MANAGEMENT**
                                                                          **PLAN AND SCHEDULING**
**JEFFERSON PAULO KOPPE,**                                                     **ORDER**

                                        **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 9, 2015 the parties appeared for a Conference to schedule discovery. After

review of the parties' submissions, the following scheduling order is entered pursuant to Rule 16

of the Federal Rules of Civil Procedure:

**Pleadings and Parties**. The parties may amend the pleadings or join additional parties

until Friday, January 08, 2016.

**Protective Order**. The parties shall submit a proposed protective order to the Court by

Monday, November 16, 2015.

**Discovery**. All discovery shall be completed by Tuesday, May 31, 2016. Disclosure of

expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports

of experts, if any, shall be made by Tuesday, April 26, 2016. The disclosure of expert evidence

intended by a party solely to contradict or rebut expert evidence on the same subject matter

disclosed by the opposing party shall be made by Tuesday, May 17, 2016.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be

filed with the Court by Friday, March 18, 2016. The letter should address any outstanding

discovery disputes. It should also indicate whether the parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Summary Judgment Motion**. No party may make a motion for summary judgment until the close of discovery. Any party that wishes to file a motion for summary judgment must file a Local Civil Rule 56.1 Statement with the Hon. Kimba M. Wood and in accordance with her individual rules of practice by Friday, June 24, 2016.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            November 13, 2015

2