UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

9089756 CANADA, INC.

Plaintiff,

-v-

JEFFERSON PAULO KOPPE

Defendant.

Case No. 15-6098 (KMW)(SN)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Collective Minds Gaming Co. LTD (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 02/10/2016

**Signature of Attorney**

**Attorney Bar Code:** GT9377