THOMPSON BUKHER LLP
Tim Bukher
75 Broad Street, Suite 2120
New York, New York 10004
Telephone: (212) 920-6050
Facsimile: (646) 349-2366
tbukher@thomplegal.com

*Attorneys for Counterclaim Defendant*
*Blue Ridge Electronics LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 9089756 CANADA, INC., <br><br> Plaintiff, <br><br> - against - <br><br> JEFFERSON PAULO KOPPE, <br><br> Defendant. | **Civ. Action No. 15-cv-6098** <br> Judge Kimba M. Wood <br> Magistrate Judge Sarah Netburn <br><br> ECF Case |
| JEFFERSON PAULO KOPPE, <br><br> Counterclaim Plaintiff, <br><br> - against - <br><br> 9089756 CANADA, INC., COLLECTIVE MINDS GAMING CO. LTD., <br> BLUE RIDGE ELECTRONICS LLC, and <br> XYZ Companies 1 – 10, <br><br> Counterclaim Defendants. | **RULE 7.1 DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Blue Ridge Electronics LLC, a Virginia limited liability company, certifies that it has no corporate parents, affiliates or subsidiaries that are publicly held.

Dated: New York, New York
       March 15, 2016

                                  THOMPSON BUKHER LLP

                                  By: _____
                                      Tim Bukher (TB1984)
                                75 Broad Street, Suite 2120
                                New York, New York 10004
                                Telephone: (212) 920-6050
                                Facsimile: (646) 349-2366

                                *Attorneys for Counterclaim Defendant*
                                   *Blue Ridge Electronics LLC*