```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

908756 CANADA, INC.,

        Plaintiff,

-against-

JEFFERSON PAULO KOPPE,

        Defendant.
-------------------------------------------------------------

JEFFERSON PAULO KOPPE,

        Counterclaim Plaintiff,

-against-

908756 CANADA, INC. and XYZ Companies 1-10,

        Third-Party Defendants.
------------------------------------------------------------X

15-CV-6098 (KMW)
**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court, having been advised that the parties have reached an agreement to settle this case, hereby orders that the action is dismissed and discontinued without costs, and without prejudice to the right of either party to reopen the action within sixty (60) days of this Order if the settlement is not consummated. The Clerk of Court is directed to close this case. Any pending motions are moot.

    SO ORDERED.

Dated: New York, New York
       July 11, 2016

                                      _/s/ Kimba M. Wood_
                                       Kimba M. Wood
                                       United States District Judge